UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )<br>)<br>BYRON ALEXANDER,           )<br>    A/K/A "BUNS,"               )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  | Criminal No. 16CR10072<br><br>VIOLATIONS:<br><br>21 U.S.C. § 841(a)(1) --<br>Possession with Intent to<br>Distribute and Distribution of<br>Cocaine Base<br><br>21 U.S.C. § 860 -- Distribution<br>of a Controlled Substance<br>Within 1000 Feet of a Public<br>Housing Facility<br><br>21 U.S.C. § 853 -- Criminal<br>Forfeiture |

**INDICTMENT**

COUNT ONE: (21 U.S.C. § 841(a)(1) -- Possession with Intent to
    Distribute and Distribution of Cocaine Base)

The Grand Jury charges that:

On or about December 1, 2015, at Boston in the District of Massachusetts,

**BYRON ALEXANDER, A/K/A "BUNS,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute cocaine base, a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendant within one thousand feet of the real property comprising a housing facility owned by a public housing

authority, more particularly, the Lenox Street Housing Development in Boston, Massachusetts, in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO:** (21 U.S.C. § 841(a)(1) -- **Possession with Intent to Distribute and Distribution of Cocaine Base**)

The Grand Jury charges that:

On or about December 1, 2015, at Boston in the District of Massachusetts,

**BYRON ALEXANDER, A/K/A "BUNS,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.  As a result of the offenses alleged in Counts 1-2 of this Indictment,

**BYRON ALEXANDER, A/K/A "BUNS,"**

the defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
JOHN A. WORTMANN, JR.
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS                March 23, 2016

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

5